· Gregory BURGIN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 38684.

Missouri Court of Appeals,
Western District.

April 28, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 2, 1987.

Joseph H. Locascio, Sp. Public Defender, Daniel C. Miller, Asst. Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, C.J., and TURNAGE and NUGENT, JJ.

### ORDER

PER CURIAM:

Appeal from denial after evidentiary hearing of a Rule 27.26 motion to vacate conviction of murder in the second degree, § 565.004, RSMo. 1978, and sentence to a fifty-year term of imprisonment.

Judgment affirmed. Rule 84.16(b).